■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN ALEXANDER, Appellant.—Appeal by the defendant from (1) an amended judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered January 24, 1990, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of attempted criminal sale of a controlled substance in the third degree, and (2) a judgment of the County Court, Suffolk County (Rohl, J.), rendered January 17, 1990, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the amended judgment and judgment are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Kunzeman, Kooper, Sullivan and Ritter, JJ., concur.